RECEIVED
MAY 19 2021
RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

__Pro Se Tavon Mays__
(Enter Above the Name of the Plaintiff in this Action)

vs.

__Whitehall Police, Michael Dillon__
(Enter above the name of the Defendant in this Action)

2:21CV2604

Judge Morrison

MAGISTRATE JUDGE JOLSON

If there are additional Defendants, please list them:

## COMPLAINT

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

__Tavon M. Mays__
Name - Full Name Please - PRINT

__1321 Orchard pk Dr__
Street Address

__Columbus, OH 43232__
City, State and Zip Code

__614-597-2696__
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. **Whitehall Police, Michael Dillon**
   Name - Full Name Please

   **365 S Yearling rd. Whitehall, OH 43213**
   Address: Street, City, State and Zip Code

2. _____

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☑ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

Officer Michael Dillon interfered with a custody order that Mr. Mays had for his son Daveon. The incident occurred on 8-23-2019, case # 19WHI-20890-OF. Officer Dillon violated Mr. Mays constitutional rights to due process.

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

<u>Case Number</u>　　　　　　　　<u>Caption</u>

_____　　　_____ vs. _____

_____　　　_____ vs. _____

_____　　　_____ vs. _____

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I want the courts to make sure whitehall police dont go against a order that a judge puts in place. Also i want to be compensated for time and money, do to invested time on this claim.

I state under penalty of perjury that the foregoing is true and correct. Executed on this 19th day of May, 2021.

_____
Signature of Plaintiff

-4-